KITTIE CROSBY, as Administratrix of WILLIAM CROSBY, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Crosby* v. *N. Y. C. & H. R. R. R. Co.*, 5 App. Div. 619, affirmed. (Argued June 16, 1897; decided October 5, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 23, 1896, which affirmed a judgment in favor of plaintiff, and also affirmed an order denying a motion for a new trial.

*Frank Hiscock* for appellant.

*Ceylon H. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

THE SECOND NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* BENJAMIN D. F. CURTISS et al., as Executors of CHARLES CURTISS, Deceased, Appellants.

*Second Nat. Bank* v. *Curtiss*, 2 App. Div. 508, affirmed. (Argued June 16, 1897; decided October 5, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1896, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*John A. Taylor* for appellants.

*Wm. Allen Butler* and *John Notman* for respondent.

Judgment affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.